MOED-0001          DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| Monolito Stark | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No.  4:22-CV-01183 |
| | ) | |
| SA Hospital Acquisition Group, LLC | ) | |
| | ) | |
| Defendant(s). | ) | |

### DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for
__Defendant_____ hereby discloses the following organizational interests:

1.      If the subject organization is a corporation,

a.      Whether the subject organization is publicly traded, and if it is, on which exchange(s):

 N/A

b.      Its parent companies or corporations (if none, state "none"):

 N/A

c.      Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

N/A

d.      Any publicly held company or corporation that owns any of the subject corporation's
stock (if none, state "none"):

 N/A

2.      If the subject organization is a limited liability company or a limited liability partnership, its
members and sub-members and each member's and sub-member's state(s) of citizenship:

 Jeffrey Kenneth Ahlholm, California
 Lawrence E Feigen, California
 David Fertel, DO, Michigan
 Troy Schell, Esq, California

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the
members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier
sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of
*all* persons and entities within the ownership structure.  Further, if a corporation is a member or
sub-member of the subject organization, that corporation's state of incorporation and principal
place of business must be disclosed.

MOED-0001          DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

By signing this form, counsel acknowledges that "if any required information changes," counsel must file an amended certificate within seven (7) days of the change.  E.D.Mo. L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(b)(2).

/s/ Mayer S. Klein
_____
Signature (Counsel for Plaintiff/Defendant)
Print Name: Mayer S. Klein #MO32605
Address: 231 S. Bemiston Ave. Suite 1111
City/State/Zip: Clayton, Missouri 63105
Phone: 314-725-8000

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: November 10 , 20 22 .

Mayer S. Klein
_____
Signature